Decided March 12, 1895.

## BARRELL v. GUARANTEE TRUST CO.
[39 Pac. 997.]

APPEAL from Multnomah: E. D. SHATTUCK, Judge.

Action by Aurelia J. Barrell to recover possession of ten and seven eighths acres of land in Multnomah County. There was a judgment for defendant and plaintiff appeals.

*Messrs. Edward B. Watson* and *Fred L. Keenan,* for appellant.

*Mr. Geo. H. Williams,* for respondent.

PER CURIAM. The pleadings and facts in the case are substantially the same as in *Barrell* v. *Title Guarantee and Trust Company,* just decided (*ante,* page 77). The opinion in that case is therefore decisive of this, and hence the judgment of the court below is affirmed.

AFFIRMED.

Decided April 1, 1895.